BY FAX

Alfred De La Cruz, Esq. State Bar No. 151388
**MANNING & KASS**
**ELLROD RAMIREZ TRESTER LLP**
550 West "C" Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant, IKEA U.S. WEST, INC.

ADR

FILED
JUN 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SUSAN HURTADO, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

Defendants.

Case No. C11-03156 EDL

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§1332, 1441 and 1446**

**[CLASS ACTION]**

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO THE CLERK OF THAT COURT:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant IKEA U.S. WEST, INC. ("Defendant") hereby removes the state court action described below to the United States District Court for the Southern District of California. In support of this Notice of Removal, Defendant states as follows:

**PROCEDURAL BACKGROUND**

1. On or about February 25, 2011, SUSAN HURTADO, ("Plaintiff") commenced an action in the Superior Court of California, County of Alameda, captioned *SUSAN HURTADO, individually*

*and on behalf of all others similarly situated v. IKEA U.S. WEST, INC., IKEA DISTRIBUTION SERVICES, INC. IKEA NORTH AMERICAN CAPITAL, INC., IKEA PROPERTY, INC., IKEA SUPPLY AG*, Case No. RG11563120 ("Action"). A true and correct copy of Plaintiff's Complaint for damages is attached hereto as Exhibit "1".

2. No process, pleadings, or orders have been served on Defendant in this action as of the date of filing of this Notice of Removal.

3. As noted above, a true and correct copy of Plaintiff's Complaint for Damages is attached as Exhibit "1". A true and correct copy of the Civil Case Cover Sheet is attached hereto as Exhibit "2". A true and correct copy of the Summons is attached hereto as Exhibit "4". True and correct copies of the Service of Process Transmittal from CT Corporation are attached hereto as Exhibit "4".

4. As noted in the Summons (Exhibit "3") and the Service of Process Transmittal (Exhibit "4"), service was effected on Defendants on May 26, 2011. Because this Notice of Removal is filed within 30 days of service upon Defendant of the Complaint, Removal is timely pursuant to 28 U.S.C. §1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure.

5. As of the date of filing of this Notice of Removal, four IKEA-related defendants have been served in this action and join in this Notice of Removal. However, Defendant is informed and believes that no other defendants have been named and served Therefore, joinder of other, non-IKEA related defendants in this Notice is not required. See, *Salveson v. Western States Bank Card Association*, 731 F.2d 1432, 1429 (9th Cir. 1984) ("Those named as defendants but not yet served in the state court action need not join in the Notice of Removal.")

6. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly file a Notice of Filing of Notice of Removal with the Alameda Superior Court to effectuate removal. Defendant will also promptly serve Plaintiff's attorney of record with this Notice of Removal and the Notice of Filing of Notice of Removal.

7. Nothing herein constitutes a waiver of any of Defendant's rights, objections or defenses, including without limitation its right to seek dismissal of the Complaint on any grounds.

8. All facts described herein are based on the allegations in Plaintiff's Complaint. Defendant will dispute these allegations at the appropriate time.

**FACTUAL BACKGROUND**

9. In this action, Plaintiff sets forth a cause of action for violations of the Song-Beverly Credit Card Act of 1971 (California Civil Code §1747, et seq.). Plaintiff alleges that she was a customer of a California IKEA Store, and entered into a retail transaction with Defendant at one of Defendant's California stores located in California. (Plaintiff's Complaint at ¶¶4 and 13). Plaintiff alleges, that within the last 12 months, she went to Defendant's retail store located in California and proceeded to select a product from the store that Plaintiff intended to purchase. (Id., at ¶14). Plaintiff then alleges that as she proceeded to the cashier's section of the store, which she intended to pay for the product with a credit card, a Defendant's employee requested Plaintiff's zip code which Plaintiff believed she was required to provide in order to complete the transaction. (Id.) Plaintiff alleges that she reasonably believed she was required to provide her Zip code at the checkout. (Id.)

10. Plaintiff alleges that she brings the action on behalf of herself and others similarly situated as consumers in California from whom IKEA requested and recorded personal identification as part of a credit card transaction. Plaintiff alleges violations of the Song-Beverly Credit Card Act and seeks civil penalties. The action is styled as a Class Action as noted on the face page of the Complaint.

Moreover, the designation of Class Action is also indicated on the Civil Case Cover Sheet (Exhibit "2"). Finally, Plaintiff sets forth Class Action allegations beginning at ¶15 of the Complaint.

11. Plaintiff seeks a certification of a Class consisting of: all persons who made a retail, credit-card purchase from defendants in California and from whom defendants requested and recorded private information in violation of Cal. Civil Code § 1747.08 during a period beginning one year prior to the date of filing this action and continuing until the date of final judgment in this action. Id., at ¶16. Plaintiff alleges that the members of the Class are so numerous that joinder of all members is impracticable. Id. at ¶17

12. Plaintiff goes on to allege Class Action allegations as to the existence and predominance of common questions of law and fact, typically, adequacy of representation, and superiority. Id. at ¶¶18-20.

///

///

**FEDERAL JURISDICTION EXISTS UNDER THE CAFA**

13. Removal of this action is proper because Plaintiffs' claims, set forth as a class action, are subject to the Class Action Fairness Act of 2005 ("CAFA"). The CAFA grants District Courts original jurisdiction over civil class actions filed under federal or state law in which any member of a Class of Plaintiffs is a citizen of a state different from any defendant and the amount in controversy for the putative class members in the aggregate exceeds the sum or value of $5,000,000, exclusive of interest and costs. 28 U.S.C. §1332(d)(2). In addition, the CAFA provides minimal diversity jurisdiction if the added element of a class exceeding 100 members is established. 28 U.S.C. §1332(d)(5)(B). The Act authorizes removal of such actions pursuant to 28 U.S.C. §1446.

14. In this case, plaintiff alleges that she was a customer of defendants retail store operations in California and in fact alleges that she made a purchase in one of defendants' California stores. In order to avail herself of the protections of the California Song-Beverly Credit Card Act, plaintiff must be a resident of the State of California. Plaintiff alleges that the defendants, most of whom were incorporated out of the State of California, does business in the State of California, the principal places of business for each of the defendants is not in the State of California. As noted in the declaration of John Robinson, defendant IKEA U.S. WEST, INC.'s principal place of business is in the State of Pennsylvania at 420 Alan Wood Road, Conshohocken, Pennsylvania, 19428. Said defendant is the owner and operator of the IKEA retail stores in California.

15. Traditionally, only the citizenship of the named parties in a class action (i.e., the representative plaintiff and the defendant) is considered for diversity purposes. That the action is maintained on behalf of other, potcntially non-diverse class members does not affect diversity jurisdiction., *Snyder v. Harris,* 394 U.S. 332, 339-340 (1969).

16. However, as noted even under the CAFA, diversity jurisdiction exists based on the citizenship of the respective sides. Under CAFA, the removing party need only establish minimal diversity. Plaintiff alleges that she is a consumer of the State of California (plaintiff must be a resident of California to be entitled to the protection of the Song-Beverly Credit Card Act). Most of the Defendants are residents of the State of Pennsylvania. Moreover, as plaintiff alleges in her complaint, the members of the Class are so numerous that joinder of all members is impracticable. Therefore,

given the allegation that the Class constitutes all persons in California from whom credit card purchases were made from IKEA and in which zip code information was obtained and record, the size of the Class likely exceeds 100 members based on the allegations of the Complaint. In fact, plaintiff alleges the class is believed to be in excess of 1,000 persons. (Plaintiff's complaint at ¶17).

17. Furthermore, the amount in controversy meets the $5,000,000 threshold set forth under the CAFA. In this action, Plaintiff asserts damages under the Song-Beverly Credit Card Act of 1971 and seeks penalties of an amount of up to $1,000 per violation pursuant to California Civil Code §1747.08(e). See ¶24 of the Complaint. As the Plaintiff alleges that the subject action constitutes a proposed Class Action, the assertion of $1,000 per violation in civil penalties makes the amount in controversy easily in excess of $5,000,000 based on the allegations in the Complaint. Therefore, based on the allegations of the Complaint, removal is proper as Defendant satisfies the elements as set forth in 28 U.S.C. §1332(d)(2).

18. As noted in the Declaration of John Robinson, Treasurer for IKEA North America Services, LLP, defendant IKEA U.S. West, Inc. processed approximately 2.7 million in-store credit card transactions in the California stores for the period of December 2009 through December 2010. (See ¶4 of the Declaration of John Robinson). Thus, the amount in controversy exceeds the $5,000,000 threshold set forth under the CAFA.

**INTRA DISTRICT ASSIGNMENT**

19. This action was originally filed in the Alameda Superior Court. Therefore, this Action is properly removed to the Northern District of California pursuant to 28 U.S.C. §1446(a).

20. In the event that the Court should be inclined to remand this action, Defendant requests that the Court issue an order to show cause why this case should not be remanded, giving Defendants (as well as Plaintiff) the opportunity to present proper briefing and argument prior to any possible remand. Such a procedure is appropriate because pursuant to 28 U.S.C. §1447(d), a remand order is not subject to appellate review.

///

///

///

**WHEREFORE,** Defendant respectfully requests that this action proceed before this Court as an action properly removed. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

DATED: June , 2011

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Alfred De La Cruz*
Alfred De La Cruz, Esq.
Attorneys for Defendant
IKEA U.S. WEST, INC.

Alfred De La Cruz, Esq. State Bar No. 151388
**MANNING & KASS**
**ELLROD RAMIREZ TRESTER LLP**
550 West "C" Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant, IKEA U.S. WEST, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SUSAN HURTADO, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

Defendants.

Case No.

**DECLARATION OF JOHN ROBINSON IN SUPPORT OF NOTICE OF REMOVAL**

I, JOHN ROBINSON, declare as follows:

1. I am the treasurer of IKEA NORTH AMERICAN SERVICES, LLC and have held that position for the past 10 years. I have personal knowledge as to the corporate location of the entity IKEA U.S. WEST, INC., that is named in the above-referenced Complaint and is the removing party. I have personal knowledge of the facts set forth in this Declaration, except as to those facts which are stated to be based upon information and belief.

2. IKEA U.S. WEST, INC., is a Delaware Corporation and its main corporate office is located at 420 Alan Wood Road, Conshohocken, Pennsylvania, 19428. The corporate offices at this location is considered to be IKEA U.S. WEST, INC.'s principal place of business and houses its

corporate operations, including but not limited to, finance, accounting, marketing, sales, loss prevention, and executive corporate management.

3. IKEA DISTRIBUTION SERVICES, INC., is a Delaware Corporation and its main corporate office is located at 420 Alan Wood Road, Conshohocken, Pennsylvania, 19428. The office at this location is considered to be IKEA DISTRIBUTION SERVICES, INC.'s prinicipal place of business. On information and belief, I understand that this entity handles warehousing operations and U.S. distribution of IKEA products to IKEA stores.

4. IKEA NORTH AMERICAN CAPITAL, INC., is a California Corporation and its main corporate office is located at 100 Wilshire Boulevard, Santa Monica, CA 90401. The corporate offices at this location is considered to be IKEA NORTH AMERICAN CAPITAL, INC.'s principal place of business. On information and belief, I understand that this entity functions as an internal finance company that holds loans to buy land and build IKEA stores.

5. IKEA PROPERTY, INC., is a Delaware Corporation and its main corporate office is located at 420 Alan Wood Road, Conshohocken, Pennsylvania, 19428. The corporate offices at this location is considered to be IKEA PROPERTY, INC.'s principal place of business and houses its corporate operations. On information and belief, I understand that this entity owns and holds title to land upon which IKEA stores are built.

6. IKEA SUPPLY AG, is a foreign entity and its main corporate office is located at Gruessenweg 15 CH-04133, Pratteln, SZ. On information and belief, I understand that this entity is based in Switzerland and owns the IKEA stock which are in transit and held in U.S. warehouses until delivery to IKEA retail locations. To my understanding, IKEA SUPPLY AG has no operations nor employees in the United States and is not part of any U.S. organization.

7. IKEA U.S. WEST, INC. owns and operates 17 stores in several states. Of the 17 stores, 8 are located in California and the remainder are located in the States of Michigan, Oregon, Utah, Illinois, Texas, Arizona, and Minnesota. However, as noted above, all corporate management operations are conducted at its corporate office located in Conshohocken, Pennsylvania. The other four defendants have no operational functions in the California retail stores.

8. I researched the question of how many in-store credit card transactions were processed

in the California IKEA stores for the period of December, 2009 through December, 2010. I accessed central data files at our corporate offices which contained daily summaries of store transactions (by location) during this time period. The daily summaries were generated from the daily store reconciliations performed at each location. Based on this information, I was able to calculate the number of credit card transactions in the California stores. My research of IKEA's internal transaction summaries for the California stores has revealed that there were approximately 2.7 million in-store credit card transactions processed during the above time period.

9. The above information relating to the approximately number of in-store credit card transactions does not reflect any type of concession of liability pursuant to the allegations set forth in the plaintiff's complaint for damages. IKEA U.S. WEST, INC., IKEA DISTRIBUTION SERVICES, INC. IKEA NORTH AMERICAN CAPITAL, INC., IKEA PROPERTY, INC., IKEA SUPPLY AG intend to vigorously dispute plaintiff's allegations. In addition, no statement made in this declaration is intend to constitute any waiver by IKEA SUPPLY AG to personal jurisdiction in the federal courts of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd of June, 2011, at Conshohocken, Pennsylvania.

JOHN ROBINSON, Declarant

EXHIBIT 1

RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152
aiman-smith & marcy
7677 oakport street suite 1020
oakland california 94621
t:510.562.6800 f:510.562.6830

Jared E. Peterson (Bar No 49700)
LAW OFFICES OF JARED E. PETERSON
2017 Lincoln Street
Berkeley, California 94709
Telephone: (510) 841-4462
Facsimile: (510) 841-4464

Attorneys for Plaintiff
Susan Hurtado

ENDORSED
FILED
ALAMEDA COUNTY
FEB 2 5 2011
CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

NORTHERN DIVISION

| | |
|---|---|
| SUSAN HURTADO, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,<br><br>Defendants. | Case No. RG-11563120<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>**1. Violations of the California Civil Code Section 1747.08 (Song-Beverly Credit Card Act of 1971)** |

BY FAX

Plaintiff Susan Hurtado ("plaintiff") is informed and believes and thereon alleges as follows:

**Preliminary Allegations - Introduction**

1. Plaintiff brings these claims individually and as a class action under California Code of Civil Procedure § 382. These claims are asserted by plaintiff in her capacity as a class action representative on behalf of all similarly situated persons as described herein.

2. Plaintiff brings this action based on Defendants' violations of California Civil Code section 1747.08, which provides generally that merchants engaged in retail transactions with customers shall not either (a) request personal identification information for a customer using a credit card, and thereafter record that customer-provided personal identification information; or upon the credit card transaction form or otherwise; or (b) require that, as a condition to accepting a credit card for payment, a customer provide personal identification information which the merchant thereafter records.

3. Defendants, and each of them, have, at relevant times alleged herein, engaged in intentional, systematic violations of the provisions of California Civil Code section 1747.08 by requiring customers to provide, at minimum, both their names and ZIP codes, by recording that information, by obtaining additional private information, including customers' addresses, by pairing ZIP codes with customers' names, by creating and maintaining a database containing this private customer information, and by improperly using and disseminating this improperly obtained and maintained information.

**Preliminary Allegations: Parties, Jurisdiction, and Venue.**

4. Plaintiff Susan Hurtado, is a competent adult who was a customer of defendants' retail store operations in California and subjected to the practices and statutory violations herein complained of.

5. Defendant IKEA U.S. WEST, INC., is incorporated in Delaware, licensed to do business and doing substantial business in the State of California and the County of Alameda, and which has engaged in the acts herein complained of in the State of California and the County of Alameda.

6. Defendant IKEA DISTRIBUTION SERVICES, INC., is incorporated in Delaware, licensed to do business and doing substantial business in the State of California and the County of Alameda, and which has engaged in the acts herein complained of in the State of California and the County of Alameda.

7. Defendant IKEA NORTH AMERICA CAPITAL, INC., is incorporated in California, licensed to do business and doing substantial business in the State of California and the County of Alameda, and which has engaged in the acts herein complained of in the State of California and the County of Alameda.

8. Defendant IKEA PROPERTY, INC., is incorporated in Delaware, licensed to do business and doing substantial business in the State of California and the County of Alameda, and which has engaged in the acts herein complained of in the State of California and the County of Alameda.

9. Defendant IKEA SUPPLY AG, a business entity of unknown form, does substantial business in the State of California and the County of Alameda, and which has engaged in the acts herein complained of in the State of California and the County of Alameda.

10. Except as described herein, Plaintiff is ignorant of the true names and capacities of defendants sued as DOES 1 through 250. Plaintiff will amend this complaint to state their true names and capacities when these have been ascertained.

11. At all times herein mentioned, defendants, and each of them, were the employees, agents, servants, representatives, or joint venturers, each of the other and, except as otherwise alleged herein, in doing the acts herein complained of were acting within the course and scope of such agency. The defendants and each of them had actual and/or constructive knowledge of the acts of each of the others and approved of and/or ratified, and/or authorized the action of the defendants and each of them. Defendants, and each of them, assisted, conspired with, aided and abetted, encouraged and rendered substantial assistance to the other defendants and each of them in doing the acts herein complained.

12. The total amount in controversy exceeds the jurisdictional minimum of this Court. Further, this complaint seeks equitable relief which is exclusively within the

jurisdiction of this Court.

**Preliminary Allegations: Factual Background.**

13. Within the past year, plaintiff went to Defendants' retail store in California and made a retail purchase. Plaintiff paid for the purchase with a credit card which was swiped and the credit card information was thereby recorded by Defendants and retained after the purchase by defendants. When plaintiff was actually making the purchase at the checkout counter, Defendants' employee demanded that plaintiff provide plaintiff's zip code. Defendants' employee did not inform plaintiff of the consequences should plaintiff refuse or fail to provide the Zip code. Plaintiff reasonably believed that providing plaintiff's ZIP code was a requirement of completing the transaction and plaintiff therefore provided the ZIP code as demanded. Defendants' employee recorded plaintiff's ZIP code at the checkout counter.

14. The particulars of plaintiff's transaction as described herein are typical and describe the practices followed by Defendants with regard to all, or the vast majority, of their retail transactions.

**Class Action Allegations**

15. Plaintiff bring this action as a class action pursuant to California Code of Civil Procedure § 382, on plaintiff's own behalf and on behalf of all others similarly situated. The class that plaintiffs seek to represent (hereinafter "Plaintiff Class") is defined as follows:

16. All persons who made a retail, credit-card purchase from Defendants in California and from whom Defendants requested and recorded private information in violation of California Civil Code section 1747.08 during a period beginning one year prior to the date of filing this action and continuing until the date of final judgment in this action. The claims herein have been brought and may properly be maintained as a class action pursuant to California Code of Civil Procedure § 382 because there is a well-defined community of interest among ascertainable class members with respect to the claims asserted herein and the proposed class is easily ascertainable.

17. The potential members of the Plaintiff Class, as defined herein, is believed to be in excess of 1,000 persons and joinder of said persons would be impractical.

18.    There are questions of law and fact common to plaintiff and the Plaintiff Class that predominate over any questions affecting only individual members of the class.  These common questions of law and fact include, but are not limited, to the following:

        (a)    Whether Defendants requested that retail customer paying with a credit card  provide personal identification information;

        (b)    Whether and how Defendants recorded and retained said personal identification information;

        (c)    Whether Defendants' conduct constitutes violations of California Civil Code section 1747.08;

        (d)    The penalties to be assessed against Defendants for their statutory violations;

        (e)    Whether the members of the Plaintiff Class sustained damages and how such damages should be measured;

        (f)    The nature (whether damages, penalties, or otherwise) and amount of recovery to members of the Plaintiff Class; and

        (g)    Whether Defendants should be subject to an injunction regarding their ongoing practices and the terms and monitoring procedures for any such injunction.

19.    Plaintiff's claims are typical of the claims of the Plaintiff Class.  Defendants' common course of conduct has caused plaintiff and the Plaintiff Class to sustain the same or substantially similar injuries and damages caused by the same practices of defendant. Plaintiff's claims are, accordingly, representative of the claims of the class.

20.    Plaintiff has no conflicts of interest with other class members and is able to, and will, prosecute the case vigorously on behalf of the class.  Counsel who represent plaintiff are competent and experienced in litigating complex representative actions and plaintiff and plaintiff's counsel will fairly and adequately represent and protect the interests of the class members.

///

**FIRST CAUSE OF ACTION**
**Violations of California Civil Code § 1747.08**
**(Song-Beverly Credit Card Act of 1971)**

21. Plaintiff here incorporates as though fully stated the allegations of all preceding paragraphs of this complaint.

22. California Civil Code section 1747.08 prohibits any entity doing business in California and which accepts credit cards for the transaction of retail business, from obtaining from the cardholder any personal identification information – including ZIP codes – and then recording or maintaining said personal identification information in conjunction with the credit card transaction. These practices were uniform and continuous during the Class Period.

23. Defendants conduct substantial sales transactions in California, many of which are paid for using credit cards. By doing the acts herein complained of, Defendants violated the statutory prohibitions and requirements of California Civil Code section 1747.08.

24. Defendants' statutory violations as set forth herein entitle plaintiff and the Plaintiff Class to civil penalties as provided by California Civil Code section 1757.08 and subparts in an amount up to $1,000 per violation.

25. Defendants, and each of them, continue to engage in practices herein complained of and unless enjoined by this Court, will continue to engage in said practices.

**PRAYER FOR RELIEF**

Wherefore, plaintiff prays for relief as follows:

1. That the Court certify this action as a class action on behalf of the Plaintiff Class pursuant to Code of Civil Procedure § 382;

2. That the plaintiff named herein be designated by the Court as a representative of the Plaintiff Class;

3. That the law firm representing plaintiff be appointed by the Court as counsel for the Class;

4. That Defendants be ordered to pay all amounts owed to the Plaintiff Class arising out of the actions complained of herein, including penalties, interest, attorney's fees, and costs;

5. For a preliminary and permanent injunction prohibiting defendants from

engaging in statutory violations as alleged in this complaint;

6. That defendant, at its expense, be ordered to provide full and adequate notice as required in class actions to all members of the Plaintiff Class;

7. That the Court fix a penalty for each of Defendants' statutory violations as provided by California Civil Code section 1747.08(e);

8. For an award of attorney's fees as authorized by statute including, but not limited to, the provisions of California Code of Civil Procedure § 1021.5, and as authorized under the "common fund" and the "substantial benefit" doctrine;

9. For costs of suits incurred;

10. For prejudgment interest at the legal rate; and

11. For such other legal and equitable relief as the Court may deem just and proper.

Dated: February 25, 2011

aiman-smith & marcy

Randall B. Aiman-Smith
Attorneys for Plaintiff Susan Hurtado

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page18 of 41

**DEMAND FOR JURY TRIAL**

Plaintiff, on behalf of herself and the California Plaintiff Class, hereby demands a jury on all causes of action and claims with respect to which there is a right to jury trial.

Dated: February 25, 2011

aiman-smith & marcy

Randall B. Aiman-Smith
Attorneys for Plaintiff Susan Hurtado

Class Action Complaint
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.* Case no.
Page 7

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Randall B. Aiman-Smith (#124599)
Aiman-Smith & Marcy PC
7677 Oakport Street, Suite 1020
Oakland, CA 94621
TELEPHONE NO.: (510) 562-6800 FAX NO.: (510) 562-6830
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern Division

FOR COURT USE ONLY
ENDORSED
FILED
ALAMEDA COUNTY
FEB 2 5 2011
CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

CASE NAME:
Hurtado et al. v. IKEA U.S. West, Inc., et al.

CIVIL CASE COVER SHEET
[✓] Unlimited (Amount demanded exceeds $25,000)
[ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: RG11563120
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[✓] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. [✓] monetary b. [✓] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (*specify*): 1
5. This case [✓] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

BY FAX

Date: February 25, 2011
Randall B. Aiman-Smith
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

NOTICE
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007]
CIVIL CASE COVER SHEET
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov

Aiman-Smith & Marcy
Attn: Aiman-Smith, Randall B.
7677 Oakport Steet, Ste.1020
Oakland, CA 94621

Ikea U.S. West, Inc.

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Hurtado Plaintiff/Petitioner(s) vs. Ikea U.S. West, Inc. Defendant/Respondent(s) (Abbreviated Title) | No. RG11563120 NOTICE OF HEARING |
|---|---|

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above-entitled action has been set for:

Complex Determination Hearing
Case Management Conference

You are hereby notified to appear at the following Court location on the date and time noted below:

Complex Determination Hearing:
DATE: 06/06/2011 TIME: 03:00 PM DEPARTMENT: 17
LOCATION: Administration Building, Third Floor
1221 Oak Street, Oakland

Case Management Conference:
DATE: 07/19/2011 TIME: 03:00 PM DEPARTMENT: 17
LOCATION: Administration Building, Third Floor
1221 Oak Street, Oakland

Pursuant to California Rules of Court, Rule 3.400 et seq. and Local Rule 3.250 (Unified Rules of the Superior Court, County of Alameda), the above-entitled matter is set for a Complex Litigation Determination Hearing and Initial Complex Case Management Conference.

Department 17 issues tentative rulings on DomainWeb (www.alameda.courts.ca.gov/domainweb). For parties lacking access to DomainWeb, the tentative ruling must be obtained from the clerk at (510) 267-6933. Please consult Rule 3.30(c) of the Unified Rules of the Superior Court, County of Alameda, concerning the tentative ruling procedures for Department 17.

Counsel or party requesting complex litigation designation is ordered to serve a copy of this notice on all parties omitted from this notice or brought into the action after this notice was mailed.

All counsel of record and any unrepresented parties are ordered to attend this Initial Complex Case Management Conference unless otherwise notified by the Court.

Failure to appear, comply with local rules or provide a Case Management Conference statement may result in sanctions. Case Management Statements may be filed by E-Delivery, by emailing them to the following address:
EDelivery@alameda.courts.ca.gov. No fee is charged for this service. For further information,

go to **Direct Calendar Departments at http://apps.alameda.courts.ca.gov/domainweb.**

All motions in this matter to be heard prior to Complex Litigation Determination Hearing must be scheduled for hearing in Department 17.

If the information contained in this notice requires change or clarification, please contact the courtroom clerk for Department 17 by e-mail at Dept.17@alameda.courts.ca.gov or by phone at (510) 267-6933.

TELEPHONIC COURT APPEARANCES at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties can make arrangements by calling (888) 882-6878, or faxing a service request form to (888) 883-2946. This service is subject to charges by the vendor.

Dated: 04/13/2011

Executive Officer / Clerk of the Superior Court

By [signature] Digital

Deputy Clerk

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 04/14/2011.

By [signature] Digital

Deputy Clerk



# Superior Court of California, County of Alameda
## Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial. You may choose ADR by:

- Indicating your preference on Case Management Form CM-110;
- Filing the Stipulation to ADR and Delay Initial Case Management Conference for 90 Days (a local form included with the information packet); or
- Agree to ADR at your Initial Case Management Conference.

QUESTIONS? Call (510) 891-6055. Email adrprogram@alameda.courts.ca.gov
Or visit the court's website at http://www.alameda.courts.ca.gov/courts/adr.shtml

### What Are The Advantages Of Using ADR?

- *Faster* – Litigation can take years to complete but ADR usually takes weeks or months.
- *Cheaper* – Parties can save on attorneys' fees and litigation costs.
- *More control and flexibility* – Parties choose the ADR process appropriate for their case.
- *Cooperative and less stressful* – In mediation, parties cooperate to find a mutually agreeable resolution.
- *Preserve Relationships* – A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

### What Is The Disadvantage Of Using ADR?

- *You may go to court anyway* – If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

### What ADR Options Are Available?

- *Mediation* – A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.
  - Court Mediation Program: Mediators do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediator's regular fees.

Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

- o **Private Mediation:** This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

- *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial and the rules of evidence are often relaxed. Arbitration is effective when the parties want someone other than themselves to decide the outcome.

  - o **Judicial Arbitration Program** (non-binding): The judge can refer a case or the parties can agree to use judicial arbitration. The parties select an arbitrator from a list provided by the court. If the parties cannot agree on an arbitrator, one will be assigned by the court. There is no fee for the arbitrator. The arbitrator must send the decision (award of the arbitrator) to the court. The parties have the right to reject the award and proceed to trial.

  - o **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated. This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

## Mediation Service Programs In Alameda County

Low cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services. Contact the following organizations for more information:

**SEEDS Community Resolution Center**
1968 San Pablo Avenue, Berkeley, CA 94702-1612
Telephone: (510) 548-2377 Website: www.seedscrc.org
Their mission is to provide mediation, facilitation, training and education programs in our diverse communities – Services that Encourage Effective Dialogue and Solution-making.

**Center for Community Dispute Settlement**
291 McLeod Street, Livermore, CA 94550
Telephone: (925) 373-1035 Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

*For Victim/Offender Restorative Justice Services*
**Catholic Charities of the East Bay: Oakland**
433 Jefferson Street, Oakland, CA 94607
Telephone: (510) 768-3100 Website: www.cceb.org
Mediation sessions involve the youth, victim, and family members work toward a mutually agreeable restitution agreement.

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page24 of 41

ALA ADR-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY STREET ADDRESS: MAILING ADDRESS: CITY AND ZIP CODE: BRANCH NAME: | |
| PLAINTIFF/PETITIONER: DEFENDANT/RESPONDENT: | |
| STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS | CASE NUMBER: |

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 1225 Fallon Street, Oakland, CA 94612.

1. Date complaint filed: ______________. An Initial Case Management Conference is scheduled for:

   Date: Time: Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process (*check one*):

   ☐ Court mediation ☐ Judicial arbitration
   ☐ Private mediation ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

______________________________ ▶ ______________________________
(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF)

Date:

______________________________ ▶ ______________________________
(TYPE OR PRINT NAME) (SIGNATURE OF ATTORNEY FOR PLAINTIFF)

Page 1 of 2

Form Provisionally Approved for Mandatory Use ALA ADR-001 [New February, 2009] STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS (Cal. Rules of Court, rule 3.221(a)(4).)

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page25 of 41

ATTACHMENT – 1 ALA ADR-001

| PLAINTIFF/PETITIONER: DEFENDANT/RESPONDENT: | CASE NUMBER.: |
| --- | --- |

Date:

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF DEFENDANT)

Date:

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Page 2 of 2

Form Provisionally Approved for Mandatory Use ALA ADR-001[New/February, 2009]

STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS

(Cal. Rules of Court, rule 3.221(a)(4).)

**EXHIBIT 2**

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Randall B. Aiman-Smith (#124599)
Aiman-Smith & Marcy PC
7677 Oakport Street, Suite 1020
Oakland, CA 94621
TELEPHONE NO: (510) 562-6800 FAX NO: (510) 562-6830
ATTORNEY FOR (Name):

FOR COURT USE ONLY

ENDORSED FILED ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern Division

CASE NAME:
Hurtado et al. v. IKEA U.S. West, Inc., et al.

# CIVIL CASE COVER SHEET

[✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: RG11563120
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [✓] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [✓] monetary b. [✓] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 1
5. This case [✓] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

BY FAX

Date: February 25, 2011
Randall B. Aiman-Smith
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov

**EXHIBIT 3**

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page29 of 41

5/26 @ 2:30

SUM-100

**SUMMONS**
***(CITACION JUDICIAL)***

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):* IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SUSAN HURTADO, individually and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER: *(Número del Caso):* RG-11563120

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Aiman-Smith & Marcy PC, 7677 Oakport Street, Suite 1020, Oakland, CA 94621, (510) 562-6800

DATE: February 25, 2011 *(Fecha)* PAT S. SWEETEN Clerk, by *(Secretario)* Angela Yamsuan, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [X] on behalf of *(specify)*: IKEA DISTRIBUTION SERVICES, INC., a corporation

   under: [X] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page30 of 41

5/26 @ 2:30

SUM-100

## SUMMONS
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):*** IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

SUSAN HURTADO, individually and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

*There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service.* If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):* RG-11563120

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Aiman-Smith & Marcy PC, 7677 Oakport Street, Suite 1020, Oakland, CA 94621, (510) 562-6800

DATE: February 25, 2011 PAT S. SWEETEN Clerk, by Angela Yamsuan, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* IKEA SUPPLY AG
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
SUMMONS
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page31 of 41

5/26 @ 2:30P

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):*** IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

SUSAN HURTADO, individually and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):* RG-11563120

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Aiman-Smith & Marcy PC, 7677 Oakport Street, Suite 1020, Oakland, CA 94621, (510) 562-6800

DATE: February 25, 2011 PAT S. SWEETEN Clerk, by Angela Yamsuan, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: IKEA NORTH AMERICA CAPITAL, INC., a corporation

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page32 of 41

5/26 @ 2:30

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):*** IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

SUSAN HURTADO, individually and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER: *(Número del Caso):* RG11563120

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Aiman-Smith & Marcy PC, 7677 Oakport Street, Suite 1020, Oakland, CA 94621, (510) 562-6800

DATE: February 25, 2011 PAT S. SWEETEN Clerk, by *(Secretario)* Angela Yamsuan , Deputy *(Adjunto)*
*(Fecha)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [X] on behalf of *(specify)*: IKEA U.S. WEST, INC., a corporation

under: [X] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page33 of 41

5/26 @ 2:30P

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

FEB 2 5 2011

CLERK OF THE SUPERIOR COURT
By Angela Yamsuan

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SUSAN HURTADO, individually and on behalf of all others similarly situated,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER: *(Número del Caso):* RG 11563120

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alman-Smith & Marcy PC, 7677 Oakport Street, Suite 1020, Oakland, CA 94621, (510) 562-6800

DATE: February 25, 2011 *(Fecha)* PAT S. SWEETEN Clerk, by *(Secretario)* Angela Yamsuan, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* IKEA PROPERTY, INC., a corporation
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] SUMMONS Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov

EXHIBIT 4


**Service of Process Transmittal**
05/26/2011
CT Log Number 518585328

**TO:** Georgette Maiale, Legal Administrator
IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**RE:** **Process Served in California**

**FOR:** IKEA Property, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Hurtado, etc., Pltf. vs. IKEA U.S. West, Inc., etc., et al. including IKEA Property, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Jury Demand, Cover Sheet, Notice, Attachment(s), Stipulation Form |
| **COURT/AGENCY:** | Alameda County, Superior Court, CA<br>Case # RG-11563120 |
| **NATURE OF ACTION:** | Violation of the California Civil Code (Song-Beverly Credit Card Act) - Dfts. in its transaction, obtained from the cardholder any personal identification information, including ZIP codes and then recording or maintained said personal identification in conjunction with the credit card transaction - Seeking injunctive relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2011 at 16:43 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - File written response // 6/6/11 at 3:00 p.m. - Determination Hearing // 7/19/11 at 3:00 p.m - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Randall B. Aiman-Smith<br>Law Offices of Jared E. Peterson<br>2017 Lincoln Street<br>Berkeley, CA 94709<br>510-841-4462 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2011, Expected Purge Date: 05/31/2011<br>Telephone, Susan Plotts , -<br>Image SOP<br>Email Notification, Georgette Maiale georgette.maiale@ikea.com<br>Email Notification, Susan Plotts susan.plotts@ikea.com<br>Email Notification, Benjamin Gibbons benjamin.gibbons@ikea.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
05/26/2011
CT Log Number 518588947

**TO:** Georgette Maiale, Legal Administrator
IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**RE:** **Process Served in California**

**FOR:** IKEA U.S. West, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Hurtado, individually and on behalf of all others similarly situated, Pltf. vs. IKEA U.S. West, Inc., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Jury Demand, Cover Sheet, Notice, Attachment(s), Stipulation Form |
| **COURT/AGENCY:** | Alameda County, Superior Court, CA<br>Case # RG-11563120 |
| **NATURE OF ACTION:** | Class Action - Violations of California Civil Code - Dfts. conduct substantial sales transactions in California, many of which are paid for using credit cards |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2011 at 16:58 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - Answer // 6/6/11 at 3:00 p.m. - Hearing // 7/19/11 at 3:00 p.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Randall B. Aiman-Smith<br>Aiman-Smith & Marcy PC<br>7677 Oakport Street<br>Suite 1020<br>Oakland, CA 94621<br>510-562-6800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/28/2011, Expected Purge Date: 06/02/2011<br>Image SOP<br>Email Notification, Georgette Maiale georgette.maiale@ikea.com<br>Email Notification, Susan Plotts susan.plotts@ikea.com<br>Email Notification, Benjamin Gibbons benjamin.gibbons@ikea.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of 1 / CE

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **Service of Process Transmittal**
05/26/2011
CT Log Number 518585286

**TO:** Georgette Malale, Legal Administrator
IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**RE:** **Process Served in California**

**FOR:** IKEA Supply AG (Domestic State: CH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Hurtado, individually and on behalf of all others similarly situated, Pltfs. vs. IKEA U.S. West, Inc., etc., et al. including IKEA Supply AG, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Demand for Jury Trial, Notice, Attachment(s) |
| **COURT/AGENCY:** | Alameda County, Superior Court, CA<br>Case # RG-11563120 |
| **NATURE OF ACTION:** | Class Action - Violation of California Code section 1747.08 by requiring customers to provide, at minimum, both the Pltfs.'s names and Zip Codes, by recording that information and by obtaining additional private information |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2011 at 16:58 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Jared E. Peterson<br>Law Offices of Jared E. Peterson<br>2017 Lincoln Street<br>Berkeley, CA 94709<br>510-841-4462 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2011, Expected Purge Date: 05/31/2011<br>Image SOP<br>Email Notification, Georgette Malale georgette.malale@ikea.com<br>Email Notification, Susan Plotts susan.plotts@ikea.com<br>Email Notification, Benjamin Gibbons benjamin.gibbons@ikea.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **Service of Process Transmittal**
05/26/2011
CT Log Number 518588769

**TO:** Georgette Maiale, Legal Administrator
IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**RE:** **Process Served in California**

**FOR:** IKEA NORTH AMERICA CAPITAL, INC. (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Hurtado, individually and on behalf of all others similarly situated, Pltfs. vs. Ikea U.S. West, Inc., etc., et al. including Ikea North America Capital, Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Jury Demand, Cover Sheet, Notice(s), Attachment(s), Stipulation Form |
| **COURT/AGENCY:** | Alameda County, Superior Court, CA<br>Case # RG-11563120 |
| **NATURE OF ACTION:** | Class Action - Violation of Song-Beverly Credit Card Act of 1971 - Defendants requires their customers paying with a credit card to provide personal identification information - Seeking for preliminary and permanent injunction prohibiting Defendants from engaging in the alleged statutory violations |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2011 at 16:43 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - Answer // 06/06/2011 at 3:00 p.m. - Complex Determination Hearing // 07/19/2011 at 3:00 p.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Randall B. Aiman-Smith<br>Aiman-Smith & Marcy PC<br>7677 Oakport Street<br>Suite 1020<br>Oakland, CA 94621<br>510-562-6800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/27/2011, Expected Purge Date: 06/01/2011<br>Telephone, Georgette Maiale , 610-834-0180 x 6910<br>Image SOP<br>Email Notification, Georgette Maiale georgette.maiale@ikea.com<br>Email Notification, Susan Plotts susan.plotts@ikea.com<br>Email Notification, Benjamin Gibbons benjamin.gibbons@ikea.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 **Service of Process Transmittal**
05/26/2011
CT Log Number 518590192

**TO:** Georgette Maiale, Legal Administrator
IKEA North America Services, LLC
420 Alan Wood Road
Conshohocken, PA 19428

**RE:** **Process Served in California**

**FOR:** IKEA Distribution Services Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Hurtado, Individually and on behalf of all others similarly situated, Pltfs. vs. IKEA U.S. West, Inc., etc., et al. including IKEA Distribution Services Inc., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Jury Demand, Cover Sheet, Notice, Attachment(s), Stipulation Form |
| **COURT/AGENCY:** | Alameda County, Superior Court, CA<br>Case # RG-11563120 |
| **NATURE OF ACTION:** | Class Action - Violation of Song-Beverly Credit Card Act of 1971 - Defendants require their customers paying with a credit card to provide personal identification information as a condition to accepting credit card payment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2011 at 16:43 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - Answer // 06/06/2011 at 3:00 p.m. - Complex Determination Hearing // 07/19/2011 at 3:00 p.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Randall B. Aiman-Smith<br>Aiman-Smith & Marcy PC<br>7677 Oakport Street, Suite 1020<br>Oakland, CA 94621<br>510.562.6800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/28/2011, Expected Purge Date: 06/02/2011<br>Image SOP<br>Email Notification, Georgette Maiale georgette.maiale@ikea.com<br>Email Notification, Susan Plotts susan.plotts@ikea.com<br>Email Notification, Benjamin Gibbons benjamin.gibbons@ikea.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Alfred De La Cruz SBN: 151388 (amd@manningllp.com)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Attorneys for Defendant
IKEA U.S. WEST, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN HURTADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,<br><br>Defendants. | **CASE NO.:**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 24, 2011, I caused the **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§1332, 1441 and 1446** to be filed electronically through the Court's CM/ECF system, which will send notification of such filing to:

Randall B. Aiman-Smith, Esq.
Reed W.L. Marcy, Esq.
Hallie Von Rock, Esq. Hallievanrock@yahoo.com
AIMAN-SMITH & MARCY
7677 Oakport Street, Suite 1020
Oakland, CA 94621

///

///

Case3:11-cv-03156-EDL Document1-1 Filed06/24/11 Page41 of 41

Jared E. Peterson, Esq. Jaredep@pacbell.net
LAW OFFICE SOF JARED E. PETERSON
2017 Lincoln Street
Berkeley, CA 94709

By:: */s/ Alfred De La Cruz*
Alfred De La Cruz

-2-
PROOF OF SERVICE NOTICE OF REMOVAL OF CIVIL ACTION